# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>CARLTON MCDOWELL, SARAH NYAMUSWA, and THERON CYRUS, Plaintiffs<br>v.<br>MORGAN STANLEY & CO., INC., Defendant. | Case Number:<br>FILED: MAY 21, 2008<br>08CV2966    TC<br>JUDGE NORGLE<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

| |
|---|
| NAME (Type or print)<br>Linda D. Friedman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Linda D. Friedman |
| FIRM<br>Stowell & Friedman, Ltd. |
| STREET ADDRESS<br>321 S. Plymouth Court, Suite 1400 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06190092 | TELEPHONE NUMBER<br>(312) 431-0888 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐